UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

| | |
|---|---|
| **Mike Kreidler** | **DEFAULT JUDGMENT** |
| v. | Case No. 2:12-cv-1154 WBS KJN |
| **Mainstay Business Solutions** | |
| _____ | |

      **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

      **Mainstay Business Solutions**

June 26, 2012

      VICTORIA C. MINOR, CLERK

        /s/ Jeremy Donati
By:  _____
J. Donati, Deputy Clerk