UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Mike Kreidler**

**AMENDED DEFAULT JUDGMENT**

    v.

Case No. CIV S-12-1154 WBS KJN

**Mainstay Business Solutions**

_____

       **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED in the amount of $4,684,454.00 against defendant:

       **Manstay Business Solutions**

June 29, 2012

       VICTORIA C. MINOR, CLERK

       /s/ L.Reader, Deputy Clerk