**BOUTIN JONES INC.**
Robert R. Rubin, SBN 117428
Michael E. Chase, SBN 214506
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Tel.: (916) 321-4444
Fax: (916) 441-7597

**RAPPORT & MARSTON**
David J. Rapport, SBN 54384
405 W. Perkins Street
Ukiah, CA 95482
Tel.: (707) 462-6846
Fax: (707) 462-4235

Attorneys for defendant
MAINSTAY BUSINESS SOLUTIONS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MIKE KREIDLER, Insurance Commissioner for the State of Washington and as Receiver for Cascade National Insurance Company, in Liquidation,<br><br>Plaintiff,<br>vs.<br><br>MAINSTAY BUSINESS SOLUTIONS, a federally-authorized division of Blue Lake Rancheria Economic Development Corporation,<br><br>Defendant. | CASE NO. **2:12-cv-01154 WBS KJN**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING ASIDE ENTRY OF DEFAULT, DEFAULT JUDGMENT AND AMENDED DEFAULT JUDGMENT** |

Plaintiff Mike Kreidler, Insurance Commissioner for the State of Washington as Receiver for Cascade National Insurance Company, in Liquidation, and defendant Mainstay Business Solutions, by and through their undersigned counsel, hereby agree as follows:

1. On June 26, 2012, the Clerk entered the Default of defendant Mainstay Business Solutions ("Mainstay").

2. Also on June 26, 2012, the Clerk entered a Default Judgment against Mainstay.

1    3.   On June 29, 2012, the Clerk entered an Amended Default Judgment against
2 Mainstay.

3    4.   On September 27, 2012, Mainstay filed a Motion to Vacate Default Judgment,
4 which is currently set to be heard on December 3, 2012.

5    5.   The parties stipulate and agree that the Court may set aside Mainstay's Default, the
6 Default Judgment and the Amended Default Judgment and the Order awarding costs to plaintiff
7 pursuant to Federal Rule of Civil Procedure 55(c).

8    6.   The parties further agree that Mainstay's Motion to Vacate Default Judgment may
9 be stricken from the Court's calendar upon entry of the stipulated Order.

10   7.   Mainstay stipulates and agrees to pay to Plaintiff the negotiated amount of Eight
11 Thousand Dollars ($8,000.00) for expenses associated with the default, which payment shall be
12 made within no more than seven (7) business days from entry of the stipulated Order.

13   8.   The parties agree that Mainstay shall have thirty (30) days from entry of the
14 stipulated Order hereon to Answer or otherwise respond to the Complaint.

15

16 IT IS SO AGREED:

17

18 DATED: November 15, 2012.              VREELAND LAW PLLC

19

20                                       By:   *Victoria Vreeland /s/*
21                                              Victoria Vreeland

22                                       Attorneys for Mike Kreidler, Insurance Commissioner
                                         for the State of Washington as Receiver

23 DATED: November 15, 2012.              BOUTIN JONES INC.

24

25
                                         By:   *Michael E. Chase /s/*
26                                              Robert R. Rubin
                                                Michael E. Chase
27                                       Attorneys for Mainstay Business Solutions

28

# ORDER

BASED UPON THE FOREGOING STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

1.   The Order of Default of Mainstay Business Solutions, the Default Judgment filed June 26, 2012, and the Amended Default Judgment filed June 29, 2012, are set aside pursuant to Federal Rule of Civil Procedure 55(c);

2.   Defendant Mainstay Business Solutions shall file its Answer or other response to the Complaint within thirty (30) days of the entry of this Order;

3.   The Motion to Vacate Default Judgment filed September 27, 2012, and set for hearing on December 3, 2012, is stricken and the date vacated from the Court's calendar;

4.   Mainstay Business Solutions shall pay the sum of Eight Thousand Dollars ($8,000.00) to Plaintiff within seven (7) business days of entry of this Order; and

5.   A Scheduling Conference is reset in this action for **February 4, 2013 at 2:00 p.m.** A Joint Status Report shall be filed no later than **January 22, 2013** pursuant to the court's Order Re:   Status (Pretrial Scheduling) Conference filed April 30, 2012 (Docket No. 3).

DATED:  November 16, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE