| | |
|---|---|
| 1 | **BOUTIN JONES INC.** |
| | Robert R. Rubin, SBN 117428 |
| 2 | Michael E. Chase, SBN 214506 |
| | 555 Capitol Mall, Suite 1500 |
| 3 | Sacramento, CA 95814-4603 |
| | Tel.: (916) 321-4444 |
| 4 | Fax: (916) 441-7597 |
| 5 | **RAPPORT & MARSTON** |
| | David J. Rapport, SBN 54384 |
| 6 | 405 W. Perkins Street |
| | Ukiah, CA 95482 |
| 7 | Tel.: (707) 462-6846 |
| 8 | Fax: (707) 462-4235 |
| 9 | Attorneys for defendant |
| | MAINSTAY BUSINESS SOLUTIONS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MIKE KREIDLER, Insurance Commissioner for the State of Washington and as Receiver for Cascade National Insurance Company, in Liquidation, | CASE NO. **2:12-cv-01154 WBS KJN** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| MAINSTAY BUSINESS SOLUTIONS, a federally-authorized division of Blue Lake Rancheria Economic Development Corporation, | |
| Defendant. | |

Plaintiff Mike Kreidler, Insurance Commissioner for the State of Washington as Receiver for Cascade National Insurance Company, in Liquidation, and defendant Mainstay Business Solutions, by and through their undersigned counsel, hereby agree as follows:

1. On November 19, 2012, the Court entered an Order Setting Aside Entry of Default, Default Judgment and Amended Default Judgment ("the Order").

2. In the Order, the Court directed that defendant Mainstay Business Solutions shall file its Answer or other response to the Complaint within thirty (30) days of the entry of the Order.

3. Since entry of the Order, the parties have been negotiating a resolution of this matter and believe they are close to an agreement which will result in the dismissal of this action, or entry of a stipulated judgment.

4. Further, counsel for Mainstay Business Solutions will be out of town for a pre-planned family vacation on and between December 24, 2012 and January 4, 2013.

5. The parties agree that the time by which Mainstay Business Solutions shall answer or otherwise respond to the Complaint should be extended by thirty (30) days, to and including January 16, 2013.

6. Mainstay Business Solutions has not requested any prior extensions of time to answer or otherwise respond to the Complaint.

IT IS SO AGREED:

DATED: December 3, 2012.         VREELAND LAW PLLC

By:     *Victoria Vreeland /s/*
         Victoria Vreeland
Attorneys for Mike Kreidler, Insurance Commissioner for the State of Washington as Receiver

DATED: December 3, 2012.         BOUTIN JONES INC.

By:     *Michael E. Chase /s/*
         Robert R. Rubin
         Michael E. Chase
Attorneys for Mainstay Business Solutions

**ORDER**

<u>BASED ON THE FOREGOING STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:</u>

Defendant Mainstay Business Solutions shall file its Answer or other response to the Complaint by January 16, 2013.

DATED:  December 4, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE