| | |
|---|---|
| 1 | **BOUTIN JONES INC.** |
| | Robert R. Rubin, SBN 117428 |
| 2 | Michael E. Chase, SBN 214506 |
| | 555 Capitol Mall, Suite 1500 |
| 3 | Sacramento, CA 95814-4603 |
| | Tel.: (916) 321-4444 |
| 4 | Fax: (916) 441-7597 |
| 5 | **RAPPORT & MARSTON** |
| | David J. Rapport, SBN 54384 |
| 6 | 405 W. Perkins Street |
| | Ukiah, CA 95482 |
| 7 | Tel.: (707) 462-6846 |
| | Fax: (707) 462-4235 |
| 8 | |
| 9 | Attorneys for defendant |
| | MAINSTAY BUSINESS SOLUTIONS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MIKE KREIDLER, Insurance Commissioner for the State of Washington and as Receiver for Cascade National Insurance Company, in Liquidation,<br><br>　　　　　　　　　Plaintiff,<br>　　vs.<br><br>MAINSTAY BUSINESS SOLUTIONS, a federally-authorized division of Blue Lake Rancheria Economic Development Corporation,<br><br>　　　　　　　　　Defendant. | CASE NO. **2:12-cv-01154 WBS KJN**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

　　　　Plaintiff Mike Kreidler, Insurance Commissioner for the State of Washington as Receiver for Cascade National Insurance Company, in Liquidation, and defendant Mainstay Business Solutions, by and through their undersigned counsel, hereby agree as follows:

　　　　1.　　On November 19, 2012, the Court entered an Order Setting Aside Entry of Default, Default Judgment and Amended Default Judgment ("the Order").

　　　　2.　　In the Order, the Court directed that defendant Mainstay Business Solutions shall file its Answer or other response to the Complaint within thirty (30) days of the entry of the Order.

3. Following entry of the Order, the parties have been negotiating a resolution of this matter.

4. Due to the parties' ongoing negotiations and because counsel for Mainstay Business Solutions would be out of town for a pre-planned family vacation for two weeks, the parties previously stipulated, and the Court ordered, that the time for Mainstay Business Solutions to respond to the Complaint was extended to January 16, 2013.

5. The parties believe they have nearly completed their negotiations, and anticipate filing a dismissal of this action as part of a settlement. They require additional time to finalize the settlement and stipulate that the time for Mainstay Business Solutions may and should be extended through and until January 30, 2013.

6. The parties also request that the Scheduling Conference currently scheduled for February 4, 2013, be re-set to a new date no earlier than February 25, 2013, and that the deadline to file a Joint Status Report be re-set to February 5, 2013, to enable the parties to finalize the settlement.

IT IS SO AGREED:

DATED:  January 9, 2012.                                VREELAND LAW PLLC

                                                        By:     *Victoria Vreeland /s/*
                                                                Victoria Vreeland
                                                        Attorneys for Mike Kreidler, Insurance Commissioner
                                                        for the State of Washington as Receiver

DATED:  January 9, 2012.                                BOUTIN JONES INC.

                                                        By:     *Michael E. Chase /s/*
                                                                Robert R. Rubin
                                                                Michael E. Chase
                                                        Attorneys for Mainstay Business Solutions

# ORDER

BASED ON THE FOREGOING STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

Defendant Mainstay Business Solutions shall file its Answer or other response to the Complaint by January 30, 2013.  The Scheduling Conference is continued from February 4, 2013, at 2:00 p.m. to **March 4, 2013 at 2:00 p.m.**  A Joint Status Report shall be filed no later than **February 19, 2013**.

DATED: January 12, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE