**BOUTIN JONES INC.**
Robert R. Rubin, SBN 117428
Michael E. Chase, SBN 214506
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Tel.: (916) 321-4444
Fax: (916) 441-7597

**RAPPORT & MARSTON**
David J. Rapport, SBN 54384
405 W. Perkins Street
Ukiah, CA 95482
Tel.: (707) 462-6846
Fax: (707) 462-4235

Attorneys for defendant
MAINSTAY BUSINESS SOLUTIONS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MIKE KREIDLER, Insurance Commissioner for the State of Washington and as Receiver for Cascade National Insurance Company, in Liquidation,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>MAINSTAY BUSINESS SOLUTIONS, a federally-authorized division of Blue Lake Rancheria Economic Development Corporation,<br><br>　　　　　　　　　Defendant. | CASE NO. **2:12-cv-01154 WBS KJN**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

　　　　Plaintiff Mike Kreidler, Insurance Commissioner for the State of Washington as Receiver for Cascade National Insurance Company, in Liquidation, and defendant Mainstay Business Solutions, by and through their undersigned counsel, hereby agree as follows:

　　　　1.　　On November 19, 2012, the Court entered an Order Setting Aside Entry of Default, Default Judgment and Amended Default Judgment ("the Order"). In the Order, the Court directed that defendant Mainstay Business Solutions shall file its Answer or other response to the Complaint within thirty (30) days of the entry of the Order.

-1-
**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**
499434.1

2. Following entry of the Order, the parties have been negotiating a resolution of this matter.

3. Due to the parties' ongoing negotiations and because counsel for Mainstay Business Solutions would be out of town for a pre-planned family vacation for two weeks, the parties previously stipulated, and the Court ordered, that the time for Mainstay Business Solutions to respond to the Complaint was extended to January 16, 2013. The Court subsequently extended the time, upon stipulation, to January 30, 2013.

4. The parties have nearly completed their negotiations, and anticipate filing a dismissal of this action as part of a settlement. They require additional time to finalize the settlement documents and stipulate that the time for Mainstay Business Solutions may and should be extended through and until February 15, 2013.

IT IS SO AGREED:

DATED: January 29, 2013.   VREELAND LAW PLLC

By:   *Victoria Vreeland /s/*
       Victoria Vreeland
Attorneys for Mike Kreidler, Insurance Commissioner for the State of Washington as Receiver

DATED: January 29, 2013.   BOUTIN JONES INC.

By:   *Michael E. Chase /s/*
       Robert R. Rubin
       Michael E. Chase
Attorneys for Mainstay Business Solutions

**ORDER**

<u>BASED ON THE FOREGOING STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:</u>

Defendant Mainstay Business Solutions shall file its Answer or other response to the Complaint by February 15, 2013.

DATED: January 29, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE